IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01033-MEH

SHELLY NASH FITZGERALD, as Trustee of the Jackson Family Mineral Trust, and HAYHOOK, LTD, on behalf of themselves and all others similarly situated,
    Plaintiff,

v.

BP AMERICA PRODUCTION COMPANY a/k/a BPX Energy,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed January 4, 2022; ECF 326]. Rule 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Here, all parties have signed the Stipulation. Therefore, this case was **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own fees and costs, upon the filing of the Stipulation. No order of dismissal is necessary.

    Dated and entered at Denver, Colorado, this 4th day of January, 2022.

                                              BY THE COURT:

                                              *Michael E. Hegarty*

                                              Michael E. Hegarty
                                              United States Magistrate Judge